# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JEREMY RAMIREZ,<br><br>                    Defendant. | Case No.: 22CR0998-BTM<br><br>**ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE; ORDER TO EXONERATE BOND** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that: (1) the Information [ECF 16] in the above-entitled case be dismissed without prejudice; (2) bond is exonerated.

IT IS SO ORDERED.

Dated: November 14, 2022

_____
Honorable Barry Ted Moskowitz
United States District Court